**TroyGould PC**

1  RUSS M. FUKANO (SBN 114166)
   Email: rfukano@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Defendant
   Caliber Home Loans, Inc.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY NOTO,                              | Case No. 3:16-cv-00273-EMC
12 |         Plaintiff,                         | [PR~~OPO~~SED]
           v.
13 |                                            | ORDER ON STIPULATION TO CONTINUE
   | JP MORGAN CHASE BANK, N.A.;                | CMC AND EXTEND DEADLINE FOR
14 | CALIBER HOME LOANS, DOES 1-100             | CALIBER HOME LOANS, INC. TO
   | INCLUSIVE,                                 | RESPOND TO COMPLAINT
15 |                                            |
   |         Defendants.                        | Assigned for All Purposes To:
16                                                Hon. Judge Edward M. Chen

[PROPOSED] ORDER

01425-0221  279300.3

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1) The deadline for Caliber to respond to the Complaint, is continued from April 8, 2016, up to and including May 9, 2016;

(2) The last day for the parties to meet and confer pursuant to Rule 26(f) and Local Rule 16-9 is continued up to and including May 19, 2016;

(3) The last day for the parties to meet and confer regarding the ADR selection process and file the ADR Certification is continued up to and including May 19, 2016;

(4) The last day to file the Joint Case Management Statement is continued up to and including June 2, 2016; and

(5) The Initial Case Management Conference is continued from April 12, 2016 to June 9, 2016, at 9:30 a.m.

SO ORDERED.

Dated: 3/28, 2016

_____
Honorable Edward M. Chen
United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

**TroyGould PC**

1

[PROPOSED] ORDER

01425-0221 279300.3