1  RUSS M. FUKANO (SBN 114166)
   Email: rfukano@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:    (310) 553-4441
5  Facsimile:    (310) 201-4746

6  Attorneys for Defendant
   Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOTO, | Case No. 3:16-cv-00273-EMC |
| Plaintiff, | [PROPOSED] |
| v. | ORDER ON FURTHER STIPULATION TO CONTINUE CMC AND EXTEND DEADLINE FOR CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT |
| JP MORGAN CHASE BANK, N.A.; CALIBER HOME LOANS, DOES 1-100 INCLUSIVE, | |
| Defendants. | Assigned for All Purposes To: Hon. Judge Edward M. Chen |

**TroyGould PC**

[PROPOSED]

01425-0221 280697.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1) The deadline for Caliber to respond to the Complaint, be continued from May 9, 2016, up to and including June 1, 2016;

(2) The last day for the parties to meet and confer pursuant to Rule 26(f) and Local Rule 16-9 be continued up to and including June 9, 2016;

(3) The last day for the parties to meet and confer regarding the ADR selection process and file the ADR Certification be continued up to and including June 9, 2016;

(4) The last day to file the Joint Case Management Statement be continued up to and including June 23, 2016; and

(5) The Initial Case Management Conference be continued from June 9, 2016 to June 30, 2016 at 9:30 a.m.

SO ORDERED.

Dated: _____5/3_____, 2016     _____
                                Honor
                                United

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TroyGould PC**

1

[PROPOSED]

01425-0221 280697.1