RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:  (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOTO, <br><br> Plaintiff, <br> v. <br><br> JP MORGAN CHASE BANK, N.A.; CALIBER HOME LOANS, DOES 1-100 INCLUSIVE, <br><br> Defendants. | Case No. 3:16-cv-00273-EMC <br><br> [PROPOSED] <br><br> ORDER ON FURTHER STIPULATION TO CONTINUE CMC AND EXTEND DEADLINE FOR CALIBER HOME LOANS, INC. TO RESPOND TO COMPLAINT <br><br> Assigned for All Purposes To: <br> Hon. Judge Edward M. Chen |

**TroyGould PC**

[PROPOSED]

01425-0221 280697.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

    (1) The deadline for Caliber to respond to the Complaint, be continued from June 1, 2016, up to and including July 1, 2016;

    (2) The last day for the parties to meet and confer pursuant to Rule 26(f) and Local Rule 16-9 be continued up to and including July 14, 2016;

    (3) The last day for the parties to meet and confer regarding the ADR selection process and file the ADR Certification be continued up to and including July 14, 2016;

    (4) The last day to file the Joint Case Management Statement be continued up to and including July 28, 2016; and

    (5) The Initial Case Management Conference be continued from June 30, 2016 to August 4, 2016 at 9:30 a.m. (or as soon thereafter as the Court may schedule it).

SO ORDERED.

Dated: 6/6, 2016

Honorable
United Sta[tes]

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TroyGould PC**

1

[PROPOSED]

01425-0221 280697.1