1  RUSS M. FUKANO (SBN 114166)
   Email: rfukano@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:    (310) 201-4746

6  Attorneys for Defendant
   Caliber Home Loans, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | GREGORY NOTO,                          | Case No. 3:16-cv-00273-EMC
12 |          Plaintiff,                    | [PR~~OPO~~SED]
   |     v.                                 |
13 |                                        | ORDER ON FURTHER STIPULATION TO
14 | JP MORGAN CHASE BANK, N.A.;            | CONTINUE CMC AND EXTEND DEADLINE
   | CALIBER HOME LOANS, DOES 1-100         | FOR CALIBER HOME LOANS, INC. TO
   | INCLUSIVE,                             | RESPOND TO COMPLAINT
15 |                                        |
16 |          Defendants.                   | Assigned for All Purposes To:
   |                                        | Hon. Judge Edward M. Chen

**TroyGould PC**

[PROPOSED]
ORDER ON FURTHER STIPULATION

01425-0221 283031.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1) The deadline for Caliber to respond to the Complaint, be continued from July 1, 2016, up to and including August 1, 2016;

(2) The last day for the parties to meet and confer pursuant to Rule 26(f) and Local Rule 16-9 be continued up to and including August 18, 2016;

(3) The last day for the parties to meet and confer regarding the ADR selection process and file the ADR Certification be continued up to and including August 18, 2016;

(4) The last day to file the Joint Case Management Statement be continued up to and including August 25, 2016; and

(5) The Initial Case Management Conference be continued from August 4, 2016 to September 8, 2016 at 9:30 a.m. (or as soon thereafter as the Court may schedule it).

SO ORDERED.

Dated: June 29, 2016

_____
Honorable
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**TroyGould PC**

1

[PROPOSED] ORDER ON FURTHER STIPULATION

01425-0221 283031.1