RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOTO,<br><br>  Plaintiff,<br>  v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>CALIBER HOME LOANS, DOES 1-100<br>INCLUSIVE,<br><br>  Defendants. | Case No. 3:16-cv-00273-EMC<br><br>[~~PROPOSED~~]<br><br>ORDER ON FURTHER STIPULATION TO<br>CONTINUE CMC AND EXTEND DEADLINE<br>FOR CALIBER HOME LOANS, INC. TO<br>RESPOND TO COMPLAINT<br><br>Assigned for All Purposes To:<br>Hon. Judge Edward M. Chen |

**TroyGould PC**

[PROPOSED]
ORDER ON FURTHER STIPULATION

01425-0221 284003.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1) The deadline for Caliber to respond to the Complaint, be continued from August 1, 2016, up to and including August 31, 2016;

(2) The last day for the parties to meet and confer pursuant to Rule 26(f) and Local Rule 16-9 be continued up to and including September 15, 2016;

(3) The last day for the parties to meet and confer regarding the ADR selection process and file the ADR Certification be continued up to and including September 15, 2016;

(4) The last day to file the Joint Case Management Statement be continued up to and including September 22, 2016; and

(5) The Initial Case Management Conference be continued from September 8, 2016 to October 6, 2016 at 9:30 a.m. (or as soon thereafter as the Court may schedule it).

SO ORDERED.

Dated: 7/26, 2016

_____
Honorable
United S[...]
Judge Edward M. Chen

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TroyGould PC**

1

[PROPOSED] ORDER ON FURTHER STIPULATION

01425-0221 284003.1