RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:    (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOTO, <br><br> Plaintiff, <br> v. <br><br> JP MORGAN CHASE BANK, N.A.; CALIBER HOME LOANS, DOES 1-100 INCLUSIVE, <br><br> Defendants. | Case No. 3:16-cv-00273-EMC <br><br> [~~PROPO~~SED] <br><br> ORDER ON STIPULATION TO CONTINUE: (1) SETTLEMENT CONFERENCE; (2) CASE MANAGEMENT CONFERENCE; (3) DEADLINE FOR PLAINTIFF TO AMEND THE COMPLAINT; AND (4) DEADLINE FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT <br><br> Assigned To: Hon. Edward M. Chen |

**TroyGould PC**

[PROPOSED] ORDER

01425-0221 288199.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

(1) The deadline for completion of the Settlement Conference is continued to February 3, 2017, to permit the re-scheduling of the Settlement Conference now set for December 16, 2016 before Magistrate Judge Maria-Elena James;

(2) The deadline for Plaintiff to file an amended Complaint is continued from December 6, 2016 up to and including February 6, 2017;

(3) The deadline for Caliber to respond to the amended Complaint, is continued from December 27, 2016, up to and including February 27, 2017;

(4) The last day to file the Case Management Conference Statement is continued up to and including March ~~20~~ 16, 2017; and

(5) The Case Management Conference is continued from January 26, 2017 to March ~~27~~ 23, 2017 at 10:30 a.m. (or as soon thereafter as the Court may schedule it.

SO ORDERED.

Dated: 12/6 , 2016

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

**TroyGould PC**

1

[PROPOSED] ORDER

01425-0221 288199.1