Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| GREGORY NOTO,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JP MORGAN CHASE BANK, N.A.;<br>CALIBER HOME LOANS; AND DOES 1-25<br>INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 3:16-CV-00273-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE AFTER SETTLEMENT, and STIPULATION THEREFORE**<br><br>Assigned To: Hon. Edward M. Chen |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Parties have come to an amicable settlement of this case. The Plaintiff and Defendants in this case hereby stipulate to voluntarily dismiss the action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 6, 2017　　　　　　　　　　　　　　　/s/ Michael Yesk_____
　　　　　　　　　　　　　　　　　　　　　　　　Michael Yesk (SB#130056)
　　　　　　　　　　　　　　　　　　　　　　　　Yesk Law
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


Dated: March 6, 2017　　　　　　　　　　　　　　　/s/   Kenneth J. MacArthur_____
　　　　　　　　　　　　　　　　　　　　　　　　TroyGould
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

NOTICE OF VOLUNTARY DISMISAL OF CASE

1